1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10  GRACE L. SANDOVAL,

CASE NO. 09-CV-02696-IEG (CAB)

11                                          Plaintiff,

12                  vs.

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [Doc. No. 4];**

13

14  DAN GREEN,

**DENYING AS MOOT REQUEST FOR APPOINTMENT OF COUNSEL [Doc. No. 2];**

15

16                                          Defendant.

**DISMISSING COMPLAINT WITH PREJUDICE [Doc. No. 1].**

17

18          Plaintiff Grace L. Sandoval, proceeding *pro se*, has filed a complaint [Doc. No. 1], along

19  with a Motion to Proceed in Forma Pauperis ("IFP") [Doc. No. 4] and a Request for Appointment

20  Counsel [Doc. No. 2].  Based on the information provided by Plaintiff, pursuant to 28 U.S.C. §

21  1915(a), the Court **GRANTS** Plaintiff's IFP motion, solely for the purpose of the motions currently

22  before the Court.

23          The Court is obligated to review a complaint filed IFP *sua sponte* and must dismiss the

24  action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief.

25  See 28 U.S.C. § 1915(e)(2).  After careful review, the Court finds that Plaintiff's complaint is

26  frivolous and void of any plausible claims for relief.  Because "it is absolutely clear that the

27  deficiencies of the complaint could not be cured by amendment," the Court **DISMISSES** the

28  complaint **with prejudice**.  Franklin v. Murphy, 245 F.2d 1221, 1228 n.9 (9th Cir. 1984).

1    Accordingly, the Court **DENIES AS MOOT** Plaintiff's Request for Appointment of Counsel.

2         **IT IS SO ORDERED**.

3

4    **DATED:  December 4, 2009**

5    _____

6    **IRMA E. GONZALEZ, Chief Judge**
     **United States District Court**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28